UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICOLE SULLIVAN,

      Plaintiff,

v.                                            Case No. 18-cv-712-pp

NANCY BERRYHILL,
Commissioner of the Social Security Administration

      Defendant.

**ORDER APPROVING JOINT MOTION FOR REMAND (DKT. NO.17), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On December 10, 2018, the parties filed a joint motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 17. The court **GRANTS** the motion for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Appeals Council will remand this case to an administrative law judge with instructions to offer the plaintiff an opportunity for a new hearing where she may present additional evidence and arguments. The ALJ will update the record and reassess the severity of the plaintiff's impairments and provide rationale for the severity assessment. The ALJ will reassess the medical opinion evidence, and provide appropriate explanation for the weight given to those opinions. If the case proceeds past step three of the

sequential evaluation, the ALJ will reassess the residual functional capacity and, as needed, obtain supplemental vocational expert testimony to clarify the effect of the reassessed limitations on the plaintiff's occupational base.

Dated in Milwaukee, Wisconsin this 11th day of December, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**